**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Jack Randy Sloan, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2010-162487

---

Appeal From Anderson County
Roger L. Couch, Circuit Court Judge

---

Unpublished Opinion No. 2013-UP-136
Submitted February 1, 2013 – Filed April 10, 2013

---

**APPEAL DISMISSED**

---

Appellate Defender LaNelle Cantey DuRant, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson, Chief Deputy Attorney General John W. McIntosh, Senior Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Adam West Lee, all of Columbia, for Respondent.

---

**PER CURIAM:** Petitioner seeks a writ of certiorari from the dismissal of his application for post-conviction relief. The State consents to Petitioner's request for a belated direct appeal. Accordingly, we grant the petition for a writ of certiorari and proceed with a review of the direct appeal issue pursuant to *Davis v. State*, 288 S.C. 290, 342 S.E.2d 60 (1986).

Petitioner appeals his convictions of two counts of lewd act upon a child under sixteen, one count of obscene exposure of private parts in a lewd manner, and one count of criminal sexual conduct, arguing the trial court erred in refusing to admit evidence of third-party guilt. After a thorough review of the record and all briefs pursuant to *Anders v. California*, 386 U.S. 738 (1967), and *State v. Williams*, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Petitioner's appeal and grant counsel's motion to be relieved.

**APPEAL DISMISSED.**[1]

**FEW, C.J., and GEATHERS and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.